UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Roland DeLeon, | No. 2:21-cv-01263-KJM-DB |
| Plaintiff, | ORDER |
| v. | |
| Xclusive Management, LLC, | |
| Defendant. | |

Defendant Xclusive Management, LLC moves to transfer this action to the United States District Court for the Northern District of Texas under 28 U.S.C. § 1404(a) and to stay this litigation until that motion is resolved. *See generally* Mot. Transfer, ECF No. 9; Mot. Stay, ECF No. 10. Plaintiff Roland DeLeon filed a statement of nonopposition. ECF No. 12.

The parties selected "Dallas County, Texas" as the forum for any dispute "arising out of" the employment contract in question here. Astley Decl. Ex. A at 2, ECF No. 9-2. "When the parties have agreed to a valid forum-selection clause, a district court should ordinarily transfer the case to the forum specified in that clause." *Atl. Marine Const. Co. v. U.S. Dist. Ct. for W. Dist. of Texas*, 571 U.S. 49, 62 (2013). The court has found no evidence in the record to show this clause is invalid. The motion to transfer is thus **granted**, and the motion to stay is **denied as moot**. All dates and deadlines are **vacated**. This case is closed. This order resolves ECF Nos. 9 and 10.

/////

1

1        IT IS SO ORDERED.

2    DATED: October 19, 2021.

3

          CHIEF UNITED STATES DISTRICT JUDGE